IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC # 652013                                                                                PLAINTIFF

v.                     Case No. 5:10-cv-324-DPM-JTR

BRIAN PERKINS, ANTWON
EMSWELLER, KRISTIE BAILEY,
ROSALYN WILLIAMS, WADE,
and DARRYL GOLDEN                                                                   DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition, *Document No. 7*. Robinson has not objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own.

Robinson's request for a temporary restraining order is denied. His claims against Emsweller, Bailey, Williams, Wade, and Golden are dismissed without prejudice. His excessive-force claim against Perkins remains. The Court directs the Clerk to issue the summons and directs the United States Marshal to serve the summons and complaint on Perkins. An *in forma*

*pauperis* appeal of this Order would not be in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2011