# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW DOMINIC ROBINSON**
**ADC # 652013**                                                                              **PLAINTIFF**

v.                                 **No. 5:10-cv-324-DPM-JTR**

**BRIAN PERKINS, Sgt., Varner**
**Super Max, ADC**                                                            **DEFENDANT**

## ORDER

Perkins has timely objected, *Document No. 59*, to Magistrate Judge Ray's proposed findings and recommended partial disposition, *Document No. 58*. Perkins disputes several portions of Judge Ray's summary of the relevant facts. The Court has reviewed *de novo*. FED. R. CIV. P. 72(b)(3).

Perkins's objections underscore the need for a trial. In the end, it will be the jury—not the Court—who resolves the many factual disputes. The Court therefore adopts Judge Ray's uncontested legal conclusions: Robinson's request for prospective injunctive relief against Perkins is denied as moot; and a jury trial is necessary to resolve Robinson's excessive-force claim against Perkins in his individual capacity only. Perkins's motion for summary judgment, *Document No. 33*, is granted in part and denied in part.

The Court requests that the parties consider consenting to a jury trial before Judge Ray. He is very familiar with the case; so a trial before him would promote judicial economy. And Judge Ray would be able to hold the jury trial long before I will be able to do so. Notwithstanding those factors, if either party prefers that I preside, of course I will. Any consent form must be filed by 30 July 2012. A final scheduling order setting this case for trial will issue from me or Judge Ray thereafter.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 July 2012