## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC # 652013                                                        PLAINTIFF

v.                          No. 5:10-cv-324-DPM

BRIAN PERKINS, Sgt., Varner Super Max, ADC            DEFENDANT

### ORDER

The Court appreciates the parties' joint report and has issued an amended final scheduling order. The January 2014 setting is first out. This case can be well tried, the Court believes, in three days. The Court allots six hours to Robinson for all direct and cross-examination and the same to Perkins. Counsel should plan their proof accordingly.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

1 May 2013