IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC #652013                                                                      PLAINTIFF

v.                          No. 5:10-cv-324-DPM-JTR

BRIAN PERKINS, Sergeant, Varner Super Max, ADC          DEFENDANT

## ORDER

Joint motion, № 92, granted (except as to the length of the continuance) for good cause. Trial re-set for 3 February 2014. Mr. Howe can try the case for Perkins. The Court wishes counsel the best in sorting through their personal and family challenges. But this 2010 case needs resolution now.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 December 2013