IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC #652013                                                                    PLAINTIFF

No. 5:10-cv-324-DPM-JTR

BRIAN PERKINS,
Sgt., Varner SuperMax, ADC                                                     DEFENDANT

ORDER

1.  This case is scheduled for a final pretrial hearing and a jury trial on Wednesday, 12 February 2014, at the Richard Shepard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

2.  The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff Andrew Dominic Robinson (ADC #652013), Varner SuperMax Unit, at 8:15 a.m. on 12 February 2014 and each day thereafter until completion of the trial.

3. The Court further directs the Arkansas Department of Correction to send Robinson's complete institutional and medical files with him and to allow Robinson to bring any legal papers he wants to court.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>16 Janaury 2014</u>