# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC #652013                                                      PLAINTIFF

No. 5:10-cv-324-DPM-JTR

BRIAN PERKINS,
Sgt., Varner SuperMax, ADC                                       DEFENDANT

## ORDER

1. This case is scheduled for a final pretrial hearing and a jury trial on Wednesday, 12 February 2014, at the Richard Shepard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

2. The Court directs the Arkansas Department of Correction to ensure the attendance of witness Troy Roddy (ADC #103051), East AR Max Unit, at 8:15 a.m. on 12 February 2014 and each day thereafter until completion of the trial.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

31 January 2014