IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC #652013                                                          PLAINTIFF

No. 5:10-cv-324-DPM-JTR

BRIAN PERKINS,
Sgt., Varner SuperMax, ADC                               DEFENDANT

## ORDER

The Court has continued the trial from 12 February to 5 March 2014. Transport therefore needs to occur in March, not next week. The Court directs the Arkansas Department of Correction to ensure the attendance of witness Troy Roddy (ADC #103051), East AR Max Unit, at 8:15 a.m. on 5 March 2014 and each day thereafter until completion of the trial.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2014