# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC #652013                                                                          PLAINTIFF

v.                           No. 5:10-cv-324-DPM-JTR

BRIAN PERKINS, Sergeant, Varner Super Max, ADC        DEFENDANT

## ORDER

For the reasons explained at the telephone hearing on 3 February 2014, the Court continues the trial until 5 March 2014. We'll have our pretrial at 8:30 a.m. and have the venire around 9:30 a.m. The Court appreciates counsels' cooperation.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2014