# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW DOMINIC ROBINSON**
**ADC #652013**                                                    **PLAINTIFF**

No. 5:10-cv-324-DPM-JTR

**BRIAN PERKINS,**
**Sgt., Varner SuperMax, ADC**                                     **DEFENDANT**

## ORDER

The Court has continued the trial from 12 February to 5 March 2014. Transport therefore needs to occur in March, not next week. The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff Andrew Dominic Robinson (ADC #652013), Varner SuperMax Unit, at 8:15 a.m. on 5 March 2014 and each day thereafter until completion of the trial. The Court further directs the Arkansas Department of Correction to send Robinson's complete institutional and medical files with him and to allow Robinson to bring any legal papers he wants to court.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 3 February 2014