IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC #652013                                                              PLAINTIFF

No. 5:10-cv-324-DPM-JTR

BRIAN PERKINS,
Sergeant, Varner Super Max, ADC                                          DEFENDANT

ORDER

The parties have informed the Court informally that this case has settled. Congratulations. The Court suspends its scheduling order, № 74, and removes the trial date from its calendar. The Court will enter judgment dismissing all claims against all defendants with prejudice (based on the settlement) unless one of the parties seeks some other action before 7 March 2014.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 February 2014