# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANDREW DOMINIC ROBINSON**
**ADC #652013**                                                    **PLAINTIFF**

### No. 5:10-cv-324-DPM-JTR

**BRIAN PERKINS,**
**Sergeant, Varner Super Max, ADC**                      **DEFENDANT**

### ORDER

The parties have informed the Court informally that this case has settled. Congratulations. The Court suspends its scheduling order, № 74, and removes the trial date from its calendar.  The Court will enter judgment dismissing all claims against all defendants with prejudice (based on the settlement) unless one of the parties seeks some other action before 7 March 2014.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_25 February 2014_