IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW DOMINIC ROBINSON**
**ADC #652013**                                                      **PLAINTIFF**

No. 5:10-cv-324-DPM

**BRIAN PERKINS, Sergeant, Varner**
**Super Max, ADC; ANTWON EMSWELLER,**
**Lieutenant, Varner Super Max, ADC;**
**KRISTIE BAILEY, Sergeant, Varner Super Max,**
**ADC; ROSALYN WILLIAMS, CO-II, Varner**
**Super Max, ADC; WADE, Nurse, Varner Super**
**Max, ADC; and DARRYL GOLDEN, Warden,**
**Varner Super Max, ADC**                                        **DEFENDANTS**

## JUDGMENT

The parties informed the Court informally on 25 February 2014 that this case had settled. All claims against all defendants are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 March 2014