IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW DOMINIC ROBINSON**
**ADC #652013**                                                                  **PLAINTIFF**

No. 5:10-cv-324-DPM

**BRIAN PERKINS, Sergeant, Varner**
**Super Max, ADC; ANTWON EMSWELLER,**
**Lieutenant, Varner Super Max, ADC;**
**KRISTIE BAILEY, Sergeant, Varner Super Max,**
**ADC; ROSALYN WILLIAMS, CO-II, Varner**
**Super Max, ADC; WADE, Nurse, Varner Super**
**Max, ADC; and DARRYL GOLDEN, Warden,**
**Varner Super Max, ADC**                                                       **DEFENDANTS**

## JUDGMENT

The parties informed the Court informally on 25 February 2014 that this case had settled. All claims against all defendants are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

10 March 2014